IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HENRY CULVER,                         )
        Petitioner,         )
                      )
        v.                   )   Civil Action No. 05-215
                      )
FREDERIC ROSEMEYER, et al.,           )
        Respondents.        )

O  R  D  E  R

AND NOW, this 29th day of August 2005, after a petition for a writ of habeas

corpus was filed by the petitioner, Henry Culver, and after the Report and Recommendation of

the United States Magistrate Judge was issued, and the parties were granted ten days after being

served with a copy to file written objections thereto, and upon consideration of the objections

filed by the petitioner, and after independent review of the petition and the record, and upon

consideration of the Report and Recommendation of the Magistrate Judge, which is adopted and

incorporated as the opinion of this Court,

IT IS ORDERED that the petition of Henry Culver for a writ of habeas corpus is

dismissed, and that a certificate of appealability is denied for lack of a viable federal habeas

corpus issue.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the F.R.App.P., if the

petitioner desires to appeal from this Order, he must do so within thirty (30) days by filing a

notice of appeal as provided by Rule 3 F.R.App.P.

United States District Judge

cc:    Henry Culver
EJ-1493
SCI Laurel Highland
5706 Glades Pike
P.O. Box 631
Somerset, PA 15501-0631

Rebecca D. Spangler
Office of the District Attorney
401 Allegheny County Courthouse
Pittsburgh, PA 15219

Honorable Robert C. Mitchell
United States Magistrate Judge