IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HENRY CULVER,
    Petitioner,

v.                              Civil Action No. 05-215

FREDERIC ROSEMEYER, et al.,
    Respondents.

O R D E R

AND NOW, this 2nd day of January 2008, after a petition for a writ of habeas corpus was filed by the petitioner, Henry Culver, and after a Supplemental Report and Recommendation of the United States Magistrate Judge was issued, and the parties were granted thirteen days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the petitioner, and after independent review of the petition and the record, and upon consideration of the Supplemental Report and Recommendation of the Magistrate Judge, which is adopted and incorporated as the opinion of this Court,

IT IS ORDERED that the petition of Henry Culver for a writ of habeas corpus is dismissed, and that a certificate of appealability is denied, as the petition lacks viable constitutional issues upon which a reasonable jurist could conclude that there is a basis for appeal.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the F.R.App.P., if the petitioner desires to appeal from this Order, he must do so within thirty (30) days by filing a notice of appeal as provided by Rule 3 F.R.App.P.

_____
United States District Judge